MAUREEN M. HOGAN *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION
(6584)

BORDEN, O'CONNELL and STOUGHTON, Js.

Submitted on briefs November 1—decision released November 17, 1988

*Thomas K. McDonough* filed a brief for the appellant (plaintiff).

*Eugene A. Cooney* and *Joseph A. LaBella* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.